**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James Graham | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| | BKY. NO. 20-14624 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
09 Dec 2020, 14:39:49, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322