```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENSYLVANIA
IN RE:                              : BR NO.20-14624                :
JAMES GRAHAM                        : Chapter 13
        Debtor.
```

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, the debtor having filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. Sec. 1307(b), Fed. R. Bank. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. Secs. 706, 1112 or 1208,

It is hereby ORDERED that any wage orders presently in effect are VACATED and this case is dismissed.

**Date: January 20, 2021**

_____
J.